FILED
October 23, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                 )    Case No. 2:06-cr-390 EJG
        Plaintiff, )
v.                          )    ORDER FOR RELEASE
                                 )    OF PERSON IN CUSTODY
Zhi Hui Xue, )
                                 )
        Defendant. )

TO:    UNITED STATES MARSHAL:

        This is to authorize and direct you to release Zhi Hui Xue   Case 2:06-cr-390 EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

         ___    Release on Personal Recognizance

         ___    Bail Posted in the Sum of _____

         _X_    $100,000 Unsecured bond, to be co-signed by designated family members and to be secured within 48 hours

         ___    Appearance Bond with 10% Deposit

         ___    Appearance Bond secured by Real Property

         ___    Corporate Surety Bail Bond

         _X_    (Other) PTS conditions/supervision

Issued at Sacramento, CA on 10/23/06   at 4:00 p.m.

By /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge