FILED
October 23, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                     ) Case No. 2:06-cr-390 EJG
      Plaintiff, )
v.                                 ) ORDER FOR RELEASE
                                     ) OF PERSON IN CUSTODY
Zhi Hui Xue, )
                                     )
     Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Zhi Hui Xue   Case 2:06-cr-390 EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

       \_     Release on Personal Recognizance

       \_     Bail Posted in the Sum of _____

       X     $100,000 Unsecured bond, to be co-signed by designated family members and to be secured within 48 hours

       \_     Appearance Bond with 10% Deposit

       \_     Appearance Bond secured by Real Property

       \_     Corporate Surety Bail Bond

       X     (Other) PTS conditions/supervision

Issued at Sacramento, CA on 10/23/06   at 4:00 p.m.

By /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge