DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TERRY TONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>             Plaintiff,             )<br>                                    )<br>     v.                             )<br>                                    )<br> ZHI HUI XUE, et. al.               )<br>                                    )<br>             Defendants.            )<br>                                    )<br> _____  ) | No. 2:06-cr-0390 EJG<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  January 19, 2007<br>Time:  10:00 p.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert M. Twiss, Counsel for Plaintiff and below signed counsel for each of the defendants in the above case, that the status conference now scheduled for January 19, 2007, be vacated, and the matter continued for further status conference on February 23, 2007, at 10:00 a.m. on this court's regular criminal calendar.

This continuance is sought be the defense in order to permit further review of discovery, continuation of on-going investigation, and consultation with the defendants.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from January 19, 2007 through February 23, 2007, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED**

Dated: January 18, 2007        /S/ Robert M. Twiss
                               ROBERT M. TWISS
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: January 18, 2007        /S/ Douglas Horngrad
                               DOUGLAS HORNGRAD
                               Counsel for ZHI HUI XUE

Dated: January 18, 2007        /S/ Douglas Rappaport
                               DOUGLAS RAPPAPORT
                               Counsel for JIA ZHOU

Dated: January 18, 2007        /S/ John M. Runfola
                               JOHN MICHAEL RUNFOLA
                               Counsel for HONG ZENG

Dated: January 18, 2007         /S/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Attorney for TERRY TONG

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: January 18, 2007        /s/ Edward J. Garcia
                               _____
                               Hon. Edward J. Garcia
                               Senior United States District Judge

Stipulation and Order            -2-