```
 1  JOHN M. RUNFOLA SBN 96058
    Attorney at Law
 2  Pier 9, Suite 100
    San Francisco, California 94101
 3  Telephone: (415) 391-4243
    Facsimile: (415) 391-5161
 4
    Attorney for Defendant
 5  HONG BI ZENG
```

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Criminal No. 2:06-cr-0390 EJG |
|      Plaintiff,            )  | **STIPULATION AND ORDER** |
|                            )  | **TO CONTINUE FEBRUARY 23,** |
|   v.                       )  | **2007 STATUS CONFERENCE** |
|                            )  | **AND EXCLUDE TIME** |
| ZHI HUI XUE, et. al.,      )  | |
|                            )  | |
|      Defendants.           )  | |
| _____)  | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert M. Twiss, counsel for the plaintiff, and below signed counsel for each of the defendants in the above mentioned case, that the status conference now scheduled for February 23, 2007 at 10:00 a.m.., is extended until March 23, 2007 at 10:00 a.m., or as soon thereafter as is convenient for the Court.

This continuance is sought by the defense in order to permit further review of discovery, continuation of on-going investigation, and consultation with the defendants.

No party objects to the requested continuance.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from February 23, 2007 through March 23, 2007, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated:   02/15 /2007                              /s/
                                                  ROBERT M. TWISS
                                                  Counsel for Plaintiff


Dated:   02/15 /2007                              /s/
                                                  JOHN M. RUNFOLA
                                                  Attorney for HONG BI ZENG


Dated:   02/15 /2007                              /s/
                                                  DOUGLAS HORNGRAD
                                                  Counsel for ZHI HUI XUE


Dated:   02/15/2007                               /s/
                                                  DOUGLAS RAPPAPORT
                                                  Counsel for JIA ZHOU


Dated:   02/15/2007                               /s/
                                                  JEFFREY L. STANIELS
                                                  Counsel for TERRY TONG

## ORDER

**IT IS SO ORDERED**

Dated: February 15, 2007                          /s/ Edward J. Garcia
                                                  HON. EDWARD J. GARCIA
                                                  Senior United States District Court Judge