```
1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  HONG BI ZENG
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 2:06-cr-0390 EJG |
| ) | |
| Plaintiff, ) | **AMENDED STIPULATION** |
| ) | **AND ORDER TO CONTINUE** |
| v. ) | **MARCH 23, 2007 STATUS** |
| ) | **CONFERENCE AND EXCLUDE** |
| ZHI HUI XUE, et. al., ) | **TIME** |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert M. Twiss, counsel for the plaintiff, and below signed counsel for each of the defendants in the above mentioned case, that the status conference now scheduled for March 23, 2007 at 10:00 a.m.., is extended until May 4, 2007 at 10:00 a.m., or as soon thereafter as is convenient for the Court.

This continuance is sought by the defense in order to permit further review of discovery, continuation of on-going investigation, and consultation with the defendants.

No party objects to the requested continuance.

The court interpreter Yolanda Riley Portal has been notified and has indicated that May 4, 2007 is an available date for the interpreter's office.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act

continue to be excluded from March 23, 2007 through May 4, 2007, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated:    03/21 /2007                               /s/
                                                ROBERT M. TWISS
                                                Counsel for Plaintiff

Dated:    03/21 /2007                               /s/
                                                JOHN M. RUNFOLA
                                                Attorney for HONG BI ZENG

Dated:    03/21 /2007                               /s/
                                                DOUGLAS HORNGRAD
                                                Counsel for ZHI HUI XUE

Dated:    03/21/2007                                /s/
                                                DOUGLAS RAPPAPORT
                                                Counsel for JIA ZHOU

Dated:    03/21/2007                                /s/
                                                ANTHONY BRASS
                                                Counsel for TERRY TONG

**ORDER**

**IT IS SO ORDERED**

Dated:   March 21, 2007                    /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
                                           Senior United States District Court Judge

Stipulation and Order                      - 2 -