```
 1  JOHN M. RUNFOLA SBN 96058
    Attorney at Law
 2  Pier 9, Suite 100
    San Francisco, California 94101
 3  Telephone: (415) 391-4243
    Facsimile: (415) 391-5161
 4
    Attorney for Defendant
 5  HONG BI ZENG
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 2:06-cr-0390 EJG |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE JUNE 8, 2007 STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| ZHI HUI XUE, et. al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert M. Twiss, counsel for the plaintiff, and below signed counsel for each of the defendants in the above mentioned case, that the status conference now scheduled for June 8, 2007 at 10:00 a.m., be vacated, and the matter continued for further status conference on August 24, 2007 at 10:00 a.m., or as soon thereafter as is convenient for the Court.

This continuance is sought by the defense in order to permit further review of discovery, continuation of on-going investigation, consultation with the defendants, and availability of counsel.

No party objects to the requested continuance.

The court interpreter Yolanda Riley Portal has been notified and has indicated that August 24, 2007 is an available date for the interpreter's office.

1      **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act
2 continue to be excluded from June 8, 2007 through August 24, 2007, pursuant to 18 U.S.C.
3 §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.
4      **IT IS SO STIPULATED.**

5

6 Dated:    06/07 /2007                                /s/
                                        ROBERT M. TWISS
7                                       Counsel for Plaintiff

8
  Dated:    06/07 /2007                                /s/
9                                       JOHN M. RUNFOLA
                                        Attorney for HONG BI ZENG
10

11
   Dated:    06/07 /2007                               /s/
12                                      DOUGLAS HORNGRAD
                                        Counsel for ZHI HUI XUE
13

14
   Dated:    06/07/2007                                /s/
15                                      DOUGLAS RAPPAPORT
                                        Counsel for JIA ZHOU
16

17
   Dated:    06/07/2007                                /s/
18                                      ANTHONY BRASS
                                        Counsel for TERRY TONG
19

20                           **ORDER**

21      **IT IS SO ORDERED**

22
   Dated: June 7, 2007                   /s/ Edward J. Garcia
23                                       HON. EDWARD J. GARCIA
                                         Senior United States District Court Judge
24

25

26

27

28

Stipulation and Order                    - 2 -