**DOUGLAS L. RAPPAPORT (SBN 136194)**
**MICHELLE M. THOMSON (SBN 193658)**
Attorneys at Law
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant
**JIAPEI ZHOU**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 2:06-cr-0390 EJG |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO CONTINUE AUGUST 24, 2007 STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| JIAPEI ZHOU, et al., | Date: August 24, 2007<br>Time: 10:00am |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert M. Twiss, counsel for the plaintiff, and below signed counsel for each of the defendants in the above mentioned case, that the status conference now scheduled for August 24, 2007 at 10:00a.m., is extended until September 28, 2007 at 10:00am., or as soon thereafter as is convenient for the Court.

This continuance is sought by the defense in order to permit further review of discovery, continuation of on-going investigation, and consultation with the defendants.

No party objects to the requested continuance.

The court interpreter coordinator, Yolanda Riley Portal has been notified and has indicated that September 28, 2007 is an available date for the interpreter's office.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act continue to be excluded from August 24, 2007 through September 28, 2007, pursuant to 18 U.S.C.§ 3161 (h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

IT IS SO STIPULATED.

Dated: 8-20-07                                   _____/ s /_____
                                                 ROBERT M. TWISS
                                                 Counsel for Plaintiff

Dated: 8-20-07                                   _____/s/_____
                                                 DOUGLAS L. RAPPAPORT
                                                 Counsel for JIAPEI ZHOU

Dated: 8-20-07                                   _____/s/_____
                                                 JOHN M. RUNFOLA
                                                 Counsel for HONG BI ZENG

Dated: 8-20-07                                   _____/s/_____
                                                 DOUGLAS HORNGRAD
                                                 Counsel for ZHI HUI XUE

Dated: 8-20-07                                   _____/s/_____
                                                 ANTHONY BRASS
                                                 Counsel for TERRY TONG

ORDER

**IT IS SO ORDERED**

Dated:   August 21, 2007

                                                 /s/ Edward J. Garcia
                                                 EDWARD J. GARCIA, JUDGE

U.S. v. ZHOU Case # 2:06-cr-0390 EJG

## CERTIFICATE OF SERVICE

I, hereby certify under penalty of perjury that on the 21st day of August 2007, I served the AMENDED STIPULATION AND [ PROPOSED ] ORDER TO CONTINUE AUGUST 24, 2007 STATUS CONFERENCE AND EXCLUDE TIME via electronic notification through CM/ECF system to Robert M. Twiss -Assistant United States Attorneys, and to all counsel for co-defendants.

_____
**VERONICA DAVIS**
Assistant to Douglas L. Rappaport