1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  ZHI XUE

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Criminal No. 2:06-cr-0390 EJG

12         Plaintiff,
                                          **STIPULATION AND ORDER TO
13    v.                                  VACATE AND RESET COURT
                                          APPEARANCE**
14 ZHI XUE,

15         Defendant.
   _____/
16

17

18     IT IS HEREBY STIPULATED by and between Assistant United States Attorney

19 Robert M. Twiss, counsel for plaintiff, and Douglas Horngrad, counsel for Zhi Xue, that,

20 with regard to defendant Zhi Xue only, Mr. Xue's September 28, 2007, court appearance is

21 vacated and reset for November 30, 2007, at 10:00 a.m. for status, or as soon thereafter as

22 is convenient for the Court. The reset is requested because counsel for Mr. Xue is

23 unavailable at the time of the September 28, 2007, court appearance.

24     The court interpreter coordinator Yolanda Riley Portal has been notified and has

25 indicated that November 30, 2007 is an available date for the interpreter's office.

26     IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act

27 continue to be excluded from September 28, 2007 through November 30, 2007, pursuant to

28 //

1  18 U.S.C. § 3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

3  Dated: September 26, 2007                /s/ Douglas Horngrad
                                            Attorney for Defendant
4                                           ZHI XUE

6  Dated: September 26, 2007                /s/ Robert Twiss
                                            ROBERT M. TWISS
7                                           Counsel for Plaintiff

9  **IT IS SO ORDERED**

13 Dated: September 27, 2007                /s/ Edward J. Garcia
                                            HON. EDWARD J. GARCIA
14                                          Senior United States District Court Judge