1   DOUGLAS I. HORNGRAD
    Attorney at Law
2   California State Bar No. 95086
    1736 Stockton Street
3   Maybeck Building Four
    San Francisco, California 94133
4   Telephone: (415) 397-9509
    Facsimile: (415) 397-9519
5
    Attorney for Defendant
6   ZHI XUE

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Criminal No. 2:06-cr-0390 EJG

12              Plaintiff,
                                           **STIPULATION AND ORDER TO**
13      v.                                 **VACATE AND RESET COURT**
                                           **APPEARANCE**
14  ZHI XUE,

15              Defendant.
    _____/
16

17

18          IT IS HEREBY STIPULATED by and between Assistant United States Attorney

19  Robert M. Twiss, counsel for plaintiff, and Douglas Horngrad, counsel for Zhi Xue, that,

20  with regard to defendant Zhi Xue only, Mr. Xue's November 30, 2007, court appearance be

21  vacated and reset for January 25, 2008, at 10:00 a.m. for status, or as soon thereafter as is

22  convenient for the Court.  The stipulated reset is requested because counsel for Mr. Xue is

23  evaluating his options and position in this case.

24          The court interpreter coordinator Yolanda Riley Portal has been notified and has

25  indicated that January 25, 2008, is an available date for the interpreter's office.

26          IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act

27  continue to be excluded from November 30, 2007, through January 25, 2008, pursuant to

28  //

1   18 U.S.C. § 3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

2

3   Dated: November 28, 2007                    /s/ Douglas Horngrad
                                                 DOUGLAS HORNGRAD
4                                                Attorney for Defendant
                                                 ZHI XUE
5

6   Dated: November 28, 2007                    /s/ Robert Twiss
                                                 ROBERT M. TWISS
7                                                Counsel for Plaintiff

8

9

10      **IT IS SO ORDERED**

11

12

13  Dated:  November 28, 2007          /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
14                                      Senior United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -