**ANTHONY J. BRASS (CASBN. 173302)**
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

**Attorney for Defendant**
**TERRY TONG**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-S-06-390EJG |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE SENTENCING |
| vs. ) | |
| ZHI HUI ZUE, et al., ) | |
| Defendant. ) | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree for good cause shown to continue the sentencing for defendant Terry Tong from Friday December 14, 2007 to Friday February 8, 2007.

Dated: November 28, 2007 　　　　　　　　　　　　　/s/ Anthony Brass___
　　　　　　　　　　　　　　　　　　　　　　　　　Anthony Brass
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Terry Tong

Dated: November 28, 2007 　　　　　　　　　　　　　/s/ Robert Twiss_____
　　　　　　　　　　　　　　　　　　　　　　　　　Robert Twiss
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1
2                                           ORDER
3
4  IT IS SO ORDERED.
5
6  Dated:  November 28, 2007            /s/ Edward J. Garcia
                                        EDWARD J. GARCIAZ M, , /
7  =
                                        U. S. DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28