**ANTHONY J. BRASS (CASBN. 173302)**
**Attorney at Law**
**3223 Webster Street**
**San Francisco, California 94123**
**Telephone: (415) 922-5462**
**Facsimile: (415) 346-8987**
**tony@brasslawoffice.com**

**Attorney for Defendant**
**TERRY TONG**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR-S-06-390EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | FOR NEW PSR DISCLOSURE SCHEDULE |
| vs. | ) | |
| | ) | |
| ZHI HUI ZUE, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE to the following PSR disclosure schedule: Draft to Attorneys by January 4, 2008; Objections by January 18, 2008; Final report to the Court January 25, 2008; Defendant's Sentencing memorandum due February 1, 2008; Sentencing date February 8, 2008.

Dated: November 29, 2007                                 /s/ Anthony Brass___
                                                         Anthony Brass
                                                         Attorney for  Terry Tong


Dated: November 29, 2007                                 /s/ Robert Twiss_____
                                                         Robert Twiss
                                                         Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated:   12/10/07                               /s/ Edward J. Garcia

                                                                  U. S. DISTRICT COURT JUDGE