1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  ZHI XUE

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            Criminal No. 2:06-cr-0390 EJG

12         Plaintiff,
                                        **STIPULATION AND ORDER TO**
13     v.                               **VACATE AND RESET COURT**
                                        **APPEARANCE**
14 ZHI XUE,

15         Defendant.
   _____/
16

17

18     IT IS HEREBY STIPULATED by and between Assistant United States Attorney

19 Robert M. Twiss, counsel for plaintiff, and Douglas Horngrad, counsel for Zhi Xue, that,

20 with regard to defendant Zhi Xue only, Mr. Xue's January 25, 2008, court appearance be

21 vacated and reset for February 29, 2008, at 10:00 a.m., or as soon thereafter as is convenient

22 for the Court.  The stipulated reset is requested to afford counsel additional time to address

23 logistical issues regarding the final terms of defendant's plea agreement.

24     The court interpreter coordinator Yolanda Riley Portal has been contacted and she

25 confirmed that a Cantonese interpreter is available on February 29, 2008, at 10:00 a.m., as

26 the interpreter is already scheduled for that date and time in a different matter.

27     IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act

28 continue to be excluded from January 25, 2008, through February 29, 2008, pursuant to

1  18 U.S.C. § 3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

Dated: January 22, 2008                 /s/ Douglas Horngrad
                                        DOUGLAS HORNGRAD
                                        Attorney for Defendant
                                        ZHI XUE


Dated: January 22, 2008                 /s/ Robert Twiss
                                        ROBERT M. TWISS
                                        Counsel for Plaintiff


**IT IS SO ORDERED**


Dated: January 23, 2008                 **/s/ Edward J. Garcia**
                                        HON. EDWARD J. GARCIA
                                        Senior United States District Court Judge