1   MCGREGOR W. SCOTT
    United States Attorney
2   HEIKO P. COPPOLA
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2770

5

6

7                 IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )      CASE NO. 2:06-cr-00390 EJG
                                   )
11                  Plaintiff,     )
                                   )
12       v.                        )      STIPULATION AND
                                   )      ORDER TO CONTINUE
13  ZHI HUI XUE                    )      SENTENCING DATE
                                   )
14                                 )
                    Defendant.     )
15  _____)

16

17

18        The parties stipulate and agree that sentencing in this case

19  be continued from June 20, 2008 to September 26, 2008 at 10:00

20  a.m.  The U.S. Probation Officer, Linda Dillon has been notified

21  of the change and has no objection.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                  1

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATE: June 19, 2008              By: /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney


DATE: June 19, 2008               /s/ Douglas Horngrad[1]
                                        DOUGLAS HORNGRAD
                                        Attorney for Defendant


**IT IS SO ORDERED.**

DATE: June 18, 2008
                                        /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
                                        U.S. District Judge

---

[1]Mr. Horngrad authorized AUSA Coppola to electronically sign his name to this stipulation and proposed order.