1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  ZHI XUE

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Criminal No. 2:06-cr-0390 EJG

12         Plaintiff,
                                      **STIPULATION AND ORDER TO
13    v.                              VACATE AND RESET COURT
                                      APPEARANCE**
14 ZHI XUE,

15         Defendant.
   _____/
16

17

18        IT IS HEREBY STIPULATED by and between Assistant United States Attorney

19 Robert M. Twiss, counsel for plaintiff, and Douglas Horngrad, counsel for Zhi Xue, that,

20 with regard to defendant Zhi Xue only, Mr. Xue's September 26, 2008, court appearance be

21 vacated and reset for November 7, 2008, at 10:00 a.m., or as soon thereafter as is convenient

22 for the Court.  The stipulated reset is requested because counsel have a few remaining details

23 to resolve before sentencing.

24        The court interpreter coordinator Yolanda Riley Portal has been contacted and she

25 confirmed that a Cantonese interpreter is available on November 7, 2008, at 10:00 a.m., as

26 //

27 //

28 //

1  the interpreter is already scheduled for that date and time in a different matter.

2

3

4

5  Dated: September 17, 2008                    /s/ Douglas Horngrad
                                                DOUGLAS HORNGRAD
6                                               Attorney for Defendant
                                                ZHI XUE
7

8
   Dated: September 17, 2008                    /s/ Robert Twiss
9                                               ROBERT M. TWISS
                                                Counsel for Plaintiff
10

11

12        **IT IS SO ORDERED**

13

14

15
   Dated:  **9/19/08**                          **/s/ Edward J. Garcia**
16                                              EDWARD J. GARCIA
                                                Senior United States District Court Judge
17

18

19

20

21

22

23

24

25

26

27

28