1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  ZHI XUE

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            Criminal No. 2:06-cr-0390 EJG

12         Plaintiff,
                                        **STIPULATION AND ORDER TO**
13     v.                               **VACATE AND RESET COURT**
                                        **APPEARANCE** - **AS MODIFIED*
14 ZHI XUE,                             *PER AGREEMENT OF ALL PARTIES*

15         Defendant.
   _____/
16

17

18

19     IT IS HEREBY STIPULATED by and between Assistant United States Attorney

20 Heiko Coppola, counsel for plaintiff, and Douglas Horngrad, counsel for Zhi Xue, that, with

21 regard to defendant Zhi Xue only, Mr. Xue's February 4, 2009, court appearance be vacated

22 and reset for March **13, 2009, at 10:00 a.m., or as soon thereafter as is convenient for the

23 Court.  The stipulated reset is requested because counsel have a few remaining details to

24 resolve before sentencing.

25     The court interpreter coordinator Yolanda Riley Portal has been contacted and she

26 //

27 //

28 //

1  //

2  confirmed that a Cantonese interpreter is available on **March 13, 2009, at 10:00 a.m.

4  Dated: January 27, 2009               /s/ Douglas Horngrad
                                         DOUGLAS HORNGRAD
5                                        Attorney for Defendant
                                         ZHI XUE

7  Dated: January 27, 2009               /s/ Heiko Coppola
8                                        HEIKO COPPOLA
                                         Counsel for Plaintiff

11     **IT IS SO ORDERED**

14  Dated: January 29, 2009              /s/ Edward J. Garcia
15                                       HON. EDWARD J. GARCIA
                                         Senior United States District Court Judge