1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519

Attorney for Defendant
ZHI XUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 2:06-cr-0390 EJG |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE AND RESET COURT APPEARANCE** |
| v. | |
| ZHI XUE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, counsel for plaintiff, and Douglas Horngrad, counsel for Zhi Xue, that, with regard to defendant Zhi Xue only, Mr. Xue's March 13, 2009, court appearance be vacated and reset for May 15, 2009, at 10:00 a.m., or as soon thereafter as is convenient for the Court. The stipulated reset is requested because counsel have a few remaining details to resolve before sentencing.

Counsel for defendant contacted United States Probation Officer Linda Dillon and she confirmed that she is available for the requested new court appearance. Counsel for defendant has contacted Court Interpreter Coordinator Yolanda Riley Portal and she

//

//

confirmed that a Cantonese interpreter is available for the requested new date and time.

Dated: February 3, 2009        /s/ Douglas Horngrad
                               DOUGLAS HORNGRAD
                               Attorney for Defendant
                               ZHI XUE


Dated: February 3, 2009        /s/ Heiko Coppola
                               HEIKO COPPOLA
                               Counsel for Plaintiff


**IT IS SO ORDERED**


Dated:  March 3, 2009          **/s/ Edward J. Garcia**
                               HON. EDWARD J. GARCIA
                               Senior United States District Court Judge