DOUGLAS I. HORNGRAD
Attorney at Law
California State Bar No. 95086
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
ZHI XUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 2:06-cr-0390 EJG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO VACATE AND RESET COURT APPEARANCE** |
| ZHI XUE, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, counsel for plaintiff, and Douglas Horngrad, counsel for Zhi Xue, that, with regard to defendant Zhi Xue only, Mr. Xue's May 15, 2009, court appearance be vacated and reset for August 14, 2009, at 10:00 a.m., or as soon thereafter as is convenient for the Court. The stipulated reset is requested because counsel have a few remaining details to resolve before sentencing. Additionally, counsel for Mr. Xue is currently in a jury trial in the Sonoma County Superior Court in the matter of People v. Bryant, which is scheduled to be in session all day on May 15, 2009.

Counsel for defendant contacted United States Probation Officer Linda Dillon and she confirmed that she is available for the requested new court appearance. Counsel for defendant has contacted Court Interpreter Coordinator Yolanda Riley Portal and she

//

confirmed that a Cantonese interpreter is available for the requested new date and time.

Dated: May 12, 2009 /s/ Douglas Horngrad
DOUGLAS HORNGRAD
Attorney for Defendant
ZHI XUE

Dated: May 12, 2009 /s/ Heiko Coppola
HEIKO COPPOLA
Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: May 12, 2009 /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
Senior United States District Court Judge