DOUGLAS I. HORNGRAD
Attorney at Law
California State Bar No. 95086
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
ZHI XUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ZHI XUE,<br><br>            Defendant.<br>_____/ | Criminal No. 2:06-cr-0390 EJG<br><br>**STIPULATION AND ORDER TO VACATE AND RESET COURT APPEARANCE** |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, counsel for plaintiff, and Douglas Horngrad, counsel for Zhi Xue, that, with regard to defendant Zhi Xue only, Mr. Xue's August 14, 2009, court appearance be vacated and reset for November 20, 2009, at 10:00 a.m., or as soon thereafter as is convenient for the Court. The stipulated reset is requested because both counsel have a few remaining details to resolve before sentencing.

    Counsel for defendant contacted United States Probation Officer Linda Dillon and she confirmed that she is available for the requested new court appearance. Counsel for defendant has contacted Court Interpreter Coordinator Yolanda Riley Portal and she

//

//

1 confirmed that a Cantonese interpreter is available for the requested new date and time.

2

3  Dated: August 7, 2009                    /s/ Douglas Horngrad
                                            DOUGLAS HORNGRAD
4                                           Attorney for Defendant
                                            ZHI XUE
5

6
   Dated: August 7, 2009                    /s/ Heiko Coppola
7                                           HEIKO COPPOLA
                                            Counsel for Plaintiff
8

9

10       **IT IS SO ORDERED**

11

12

13
   Dated:   August 10, 2009                 /s/ Edward J. Garcia
14                                          HON. EDWARD J. GARCIA
                                            Senior United States District Court Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28