1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  ZHI XUE

FILED
NOV 1 3 2009
CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

C/EJG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 2:06-cr-0390 EJG |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO VACATE AND RESET COURT APPEARANCE |
| ZHI XUE, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, counsel for plaintiff, and Douglas Horngrad, counsel for Zhi Xue, that, with regard to defendant Zhi Xue only, Mr. Xue's November 20, 2009, court appearance be vacated and reset for March 19, 2010, at 10:00 a.m., or as soon thereafter as is convenient for the Court. The stipulated reset is requested because both counsel have a few remaining details to resolve before sentencing.

   Counsel for defendant contacted United States Probation Officer Linda Dillon and she confirmed that she is available for the requested new court appearance. Counsel for defendant has contacted Court Interpreter Coordinator Yolanda Riley Portal and she

//
//

1  confirmed that a Cantonese interpreter is available for the requested new date and time.

3  Dated: November 10, 2009

/s/ Douglas Horngrad
DOUGLAS HORNGRAD
Attorney for Defendant
ZHI XUE

6
7  Dated: November 10, 2009

/s/ Heiko Coppola
HEIKO COPPOLA
Counsel for Plaintiff

10  **IT IS SO ORDERED**

13  Dated: 11/12/09

HON. EDWARD J. GARCIA
Senior United States District Court Judge

- 2 -