1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  ZHI XUE

**FILED**

NOV 1 3 2009

CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Criminal No. 2:06-cr-0390 EJG

12          Plaintiff,

                                          **STIPULATION AND [PROPOSED]**
13      v.                                **ORDER TO VACATE AND RESET**
                                          **COURT APPEARANCE**
14 ZHI XUE,

15          Defendant.
   _____/
16

17

18         IT IS HEREBY STIPULATED by and between Assistant United States Attorney

19 Heiko Coppola, counsel for plaintiff, and Douglas Horngrad, counsel for Zhi Xue, that, with

20 regard to defendant Zhi Xue only, Mr. Xue's November 20, 2009, court appearance be

21 vacated and reset for March 19, 2010, at 10:00 a.m., or as soon thereafter as is convenient

22 for the Court. The stipulated reset is requested because both counsel have a few remaining

23 details to resolve before sentencing.

24         Counsel for defendant contacted United States Probation Officer Linda Dillon and she

25 confirmed that she is available for the requested new court appearance. Counsel for

26 defendant has contacted Court Interpreter Coordinator Yolanda Riley Portal and she

27 //

28 //

1   confirmed that a Cantonese interpreter is available for the requested new date and time.

2

3   Dated: November 10, 2009                    /s/ Douglas Horngrad
                                                DOUGLAS HORNGRAD
4                                               Attorney for Defendant
                                                ZHI XUE
5

6
    Dated: November 10, 2009                    /s/ Heiko Coppola
7                                               HEIKO COPPOLA
                                                Counsel for Plaintiff
8

9

10      **IT IS SO ORDERED**

11

12

13
    Dated: _____11/12/09_____
14                                              HON. EDWARD J. GARCIA
                                                Senior United States District Court Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28