**DOUGLAS I. HORNGRAD**
**Attorney at Law**
(CA State Bar No. 95086)
Maybeck Building Four
1736 Stockton Street
San Francisco, CA 94133-2926
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
**ZHI HUI XUE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:06-cr-00390-WBS-1 |
| Plaintiff, | |
| v. | |
| ZHI HUI XUE, | **ORDER TO EXONERATE PROPERTY BOND** |
| Defendant. | |

    Upon application of defendant Zhi Hui Xue, and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that the property known as 1247 Orchard Avenue, San Leandro, California, used to secure defendant Zhi Hui Xue's bond, shall be released and exonerated. The deed of trust shall be returned to its owners free and clear of any federal lien as bail. The property bond in the amount of $100,000 is hereby exonerated. The property shall be reconveyed to its owner Guo Ping Xue.

Dated:  May 2, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE