PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-0390 WBS |
|---|---|
| Plaintiff, | UNITED STATES' EX PARTE MOTION FOR ORDER AUTHORIZING DESTRUCTION OF EVIDENCE |
| v. | |
| ZHI HUE XUE, ET.AL. , | |
| Defendants. | |

### MOTION

Government agents executed search warrants at approximately 20 residences in Stockton in September of 2006. Agents found sophisticated in-door marijuana grows in twelve houses and seized the growing equipment within the houses and the kept presentative samples of the marijuana plants. The remaining eight houses had structural changes, electrical work, grow tables set up and plumbing work done for the irrigation systems but did not have any grow cubes or plants. The original indictment charged four individuals, all of whom pleaded guilty and three of whom were sentenced. Hong Zeng pleaded guilty, failed to appear for sentencing and has an active bench warrant for his arrest.

In October 2009, the United States obtained a superseding indictment charging four additional defendants, three of whom resolved their case by guilty plea. Dickson Wing Kei Hung was a fugitive until he was apprehended in Panama and made his first appearance in the Eastern District of California

on June 15, 2017.  Defendant Hung is scheduled for a status conference before the Court on October 2, 2017.

On January 16, 2008, the United States lodged an Ex Parte Motion for an Order Authorizing the Destruction of Evidence with the Court, which was inexplicably not signed. (ECF #93).  The motion and proposed order was nearly identical to that filed by the United States and signed by the Court in EDCA case number 2:06-CR-337 WBS.  Nevertheless, the United States kept and maintained photographs of all equipment which was destroyed, one sample of each item of equipment per grow location, as well as, representative samples of the marijuana seized.  Continued storage of the sample items, including the marijuana, is burdensome to the DEA both in terms of cost and the necessity to maintain security of the property.  The marijuana samples have deteriorated to the point of having no evidentiary value.

The United States hereby moves for an order authorizing the destruction of the remaining stored marijuana growing equipment and any remaining marijuana samples.  Counsel for Defendant Hung after consultation with his client indicated that he had no objection to the DEA destroying the remaining items of evidence that it has maintained since 2008.

WHEREFORE, the United States requests pursuant to the All Writs Act, Title 28 United States Code, Section 1651, that this Court issue an order authorizing the destruction of the remaining equipment and marijuana samples.

Dated:  August 15, 2017                                      PHILLIP A. TALBERT
                                                                              United States Attorney


                                                                       By:   /s/ HEIKO P. COPPOLA
                                                                              HEIKO P. COPPOLA
                                                                              Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:06-CR-0390 WBS |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER |
| ZHI HUE XUE, ET.AL. , | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Pursuant to the ex parte motion filed by the United States, the Court hereby orders that the United States is authorized to destroy the remaining stored marijuana growing equipment and any remaining marijuana samples.

Dated:   August 16, 2017.

EDMUND F. BRENNAN
U.S. Magistrate Judge

[PROPOSED] ORDER